UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA MICHOACANA PLUS ICE CREAM PARLOR CORP, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>WINDY CITY PALETAS, INC., a California corporation; ECUAMEX PALETAS, INC., a California corporation; SKY LIMIT ENTERPRISES II, INC., a Nevada corporation; KJAM PALETAS, INC., a California corporation; ARTURO MIRANDA, an individual; KAYLA RINCON, an individual; DIGMEY JARAMILLO, an individual; and DOES 1 through 50,<br><br>    Defendants. | Case No.: 24-cv-00631-H-MMP<br><br>**ORDER SUBMITTING DEFENDANTS' PARTIAL MOTION TO DISMISS** |

On April 15, 2024, Defendants Windy City Paletas, Ecuamex Paletas, Inc., Sky Limit Enterprises II, Inc., KJAM Paletas, Inc., Arturo Miranda, Digmey Jaramillo, and Kayla Rincon filed a partial motion to dismiss Plaintiff La Michoacana Plus Ice Cream Parlor Corp's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to

state a claim. (Doc. No. 32.) On May 6, 2024, Plaintiff filed a response in opposition to Defendant's motion to dismiss. (Doc. No. 33.)

A hearing on Defendants' motion is currently scheduled for Monday, June 10, 2024 at 10:30 a.m. The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing. Defendants' reply brief remains due by **June 3, 2024**.

**IT IS SO ORDERED.**

DATED: June 3, 2024

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT